1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

DONNIE RAY McKINLEY,            )        Case No. EDCV 10-845-VBF (OP)
11                                      )
                                        )        ORDER ADOPTING FINDINGS,
12                   Petitioner,        )        CONCLUSIONS, AND
                                        )        RECOMMENDATIONS OF
13            v.                        )        UNITED STATES MAGISTRATE
                                        )        JUDGE
14   LARRY SMALL, Warden,               )
                                        )
15                                      )
                     Respondent.        )
16   _____   )

17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the

18   records and files herein, and the Report and Recommendation of the United States

19   Magistrate Judge, and the objections filed by Petitioner, de novo.  The Court concurs

20   with and adopts the findings, conclusions, and recommendations of the Magistrate

21   Judge,

22   / / /

23   / / /

24   / / /

25

26

27

28

1    IT IS ORDERED that Judgment be entered: (1) approving and adopting this

2  Report and Recommendation; and (2) directing that Judgment be entered denying the

3  Petition as untimely and for failure to state a claim for federal habeas relief, and

4  dismissing this action with prejudice.

5

6  DATED: _____1 -13- 11_____          _____

7                                      HONORABLE VALERIE BAKER FAIRBANK
                                        United States District Judge
8

9
   Prepared by:
10

11

12  _____
    HONORABLE OSWALD PARADA
13  United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28