JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE RAY McKINLEY,<br><br>    Petitioner,<br><br>    v.<br><br>LARRY SMALL, Warden,<br><br>    Respondent. | Case No. EDCV 10-845-VBF (OP)<br><br>JUDGMENT |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 1-13-11

HONORABLE VALERIE BAKER FAIRBANK
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge